**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                           16 CR. 500 (RMB)
  -against-

                                                           **ORDER**

RAFAEL LUGO REYES,
              Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Tuesday, July 7, 2020 at 9:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 5011

Dated: June 18, 2020
       New York, NY

                                                       */s/ Richard M. Berman*
                                                       RICHARD M. BERMAN
                                                           U.S.D.J.